**B1 (Official Form 1)(12/11)**

| United States Bankruptcy Court<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Zarkhin, Anatoly** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-5717** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1356 Woodland Lane**<br>**River Woods, IL**<br><div align="right">ZIP Code **60015**</div> | Street Address of Joint Debtor (No. and Street, City, and State):<br><div align="right">ZIP Code</div> |
| County of Residence or of the Principal Place of Business:<br>**Lake** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><div align="right">ZIP Code</div> | Mailing Address of Joint Debtor (if different from street address):<br><div align="right">ZIP Code</div> |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization) (Check one box)<br>■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | Nature of Business<br>(Check one box)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)<br>■ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br><br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
|---|---|---|
| **Chapter 15 Debtors**<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."   ☐ Debts are primarily business debts. |

| Filing Fee (Check one box)<br>■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors**<br>Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| Statistical/Administrative Information<br>☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(12/11)                                                                                                    Page 2

| **Voluntary Petition** | Name of Debtor(s): |
| *(This page must be completed and filed in every case)* | **Zarkhin, Anatoly** |

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X** **/s/ Ronald P Strojny**            **September 29, 2012**<br>Signature of Attorney for Debtor(s)                    (Date)<br>**Ronald P Strojny** |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☒ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(12/11)                                                                                                    Page 3

| Voluntary Petition | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **Zarkhin, Anatoly** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Anatoly Zarkhin**
Signature of Debtor **Anatoly Zarkhin**

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**September 29, 2012**
Date

### Signature of Attorney*

X **/s/ Ronald P Strojny**
Signature of Attorney for Debtor(s)

**Ronald P Strojny**
Printed Name of Attorney for Debtor(s)

**Ronald P. Strojny**
Firm Name

**5839 W. 35th Street**
**Cicero, IL 60804**

_____
Address

                    **Email: rpstrojny@yahoo.com**
**708-652-2800  Fax: 708-652-2840**
Telephone Number

**September 29, 2012**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Anatoly Zarkhin**     Case No. _____

                                 Debtor(s)      Chapter    **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                    Page 2

     ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

     ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

     ☐ Active military duty in a military combat zone.

     ☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Anatoly Zarkhin**
                            **Anatoly Zarkhin**

Date:    **September 29, 2012**

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re  **Anatoly Zarkhin** _____ ,
Debtor

Case No. _____

Chapter _____ **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 1,843,100.00 | | |
| B - Personal Property | Yes | 5 | 39,109.00 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 5,012,466.15 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 20 | | 14,747,165.71 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 2 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 3,068.09 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 3,640.00 |
| Total Number of Sheets of ALL Schedules | | 37 | | | |
| Total Assets | | | 1,882,209.00 | | |
| Total Liabilities | | | | 19,759,631.86 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Anatoly Zarkhin**
                            Debtor       ,

Case No. _____

Chapter _____**7**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 3,068.09 |
| Average Expenses (from Schedule J, Line 18) | 3,640.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 927.50 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 3,160,790.15 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 14,747,165.71 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 17,907,955.86 |

B6A (Official Form 6A) (12/07)

.

In re   **Anatoly Zarkhin**                                                          ,   Case No. _____
                                                                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **1356 Woodland Lane, Riverwoods, IL 60015 (Debtor's Primary Residence) (Joint on title and mortgages with Tamara Zarkhin) (Zillow) (Foreclosure) SURRENDER 09CH4085/10CH00052** | **Fee simple** | - | **1,083,100.00** | **2,108,004.75** |
| **4234 S Ellis, Chicago, IL 60653 (owned by Ellis Development Inc (land purchased, constructed ten units; no units sold, project not finished, now in foreclosure) (Property is also known as street address: 946 E 43rd Street, Chicago, IL 60653) 10CH13958** | | - | **500,000.00** | **2,118,136.20** |
| **1735 W Lawrence, 1W, Chicago, IL 60640 (Debtor is joint on title with non-filing spouse) (Foreclosure) 09CH44989** | **Fee simple** | - | **170,000.00** | **413,999.20** |
| **3610, 3616-18 S Lake Park, Chicago, IL 60653 (vacant land all joined together) (Debtor owns this property through his 66.67% ownership interest in LPI Group Inc (DBA) Builders Center of Chicago); property is currently in foreclosure 09CH26702** | **Fee simple** | - | **90,000.00** | **363,750.00** |

|  | Sub-Total > | **1,843,100.00** | (Total of this page) |
|---|---|---|---|
|  | Total > | **1,843,100.00** |  |

__0__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re    **Anatoly Zarkhin**                                         ,    Case No. _____

                                     Debtor

# SCHEDULE B - PERSONAL PROPERTY

      Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

      **Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.   Cash on hand | X | | | |
| 2.   Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Chase Bank checking account #1593 in the name of 7400 S Coles, Inc (Debtor's Company Account)** | - | 145.00 |
| | | **Devon Bank checking account #1001 in the name of BEA, Inc** | - | 120.00 |
| | | **Devon Bank checking account #5101 in the name of Coles Condo Association (account for making deposits of monthly assessments paid to Coles Condo Association - not debtor funds)** | - | 620.00 |
| | | **Chase Bank checking account #5101 in the name of LPI Group, Inc (account has negative balance of -$1,388.91 and is listed on Schedule F)** | - | 0.00 |
| | | **Chase Bank checking account #0135 in the name of BEA, Inc (account has negative balance of -$1,440.28)** | - | 0.00 |
| | | **Devon Bank checking account #8801 in the name of Sunrise Buyers Club (all monies in this account belong to members of the Sunrise Buyers Club and are not personal funds on debtor)** | | 372.00 |
| | | **PLS Visa, Debit Card #1817** | - | 20.00 |
| 3.   Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.   Household goods and furnishings, including audio, video, and computer equipment. | | **Beds, Dressers, TVs, DVD Player, Camera, Computer, Desk, Sofa, Coffee Table, End Tables, Lamps, Dining Set, Kitchen Table & Chairs, Small Appliances, Large Appliances, Washer, Dryer,, Cell Phones, Flatware, Utensils** | - | 2,000.00 |

                                                    Sub-Total >       **3,277.00**
                                                   (Total of this page)

__4__    continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re　**Anatoly Zarkhin**　　　　　　　　　　　　　　　　　　　　　,　　Case No. _____

　　　　　　　　　　　　　　　　　　　　Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Books, Pictures, Family Photos, CDs, DVDs, Games** | - | 50.00 |
| 6. Wearing apparel. | | **Necessary Wearing Apparel** | - | 300.00 |
| 7. Furs and jewelry. | | **Ring, Watch** | - | 50.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **Luger Revolver** | - | 600.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Term life insurance policy with Lincoln Financial Group Companies, First Penn Pacific Life Insurance Company (no cash value)** | - | 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **7400 S Coles Inc (100% ownership) (this corporation will remain active after bankruptcy as it manages the building but owns no units; debtor manages association; association collects assessments) --- corporation owned 7400 S Coles, Chicago, IL the units of which were either sold or foreclosed**<br><br>**7400 S Coles Inc (DBA) AZ Builders - this is name for construction business debtor hopes to start up; no business yet at time of filing**<br>**7400 S Coles Inc (DBA) A&A Design Studio - will be removed shortly** | - | 0.00 |

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Sub-Total >　　　　　**1,000.00**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(Total of this page)

Sheet __1__ of __4__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Anatoly Zarkhin**                                                              ,    Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Builders Experts of America Inc (aka BEA Inc) (general contractor) (50/50 ownership with Igor Pesotsky); business currently has no activity and no income; business owns the 2008 Chevy Express van listed on Schedule B with an outstanding loan balance as indicated on Schedule D** | - | 0.00 |
| | | **Sunrise Buyers Club (not a corporation or an LLC) (co-op that brings food from farms to members); assets of club are a freezer (value approximately $200), and refrigerator (value approximatley $50)** | - | 250.00 |
| | | **Ellis Development, Inc (50/50 ownership with Igor Pesotsky); corporation is not in good standing; owns 4234 S Ellis, Chicago, IL 60653 which is in foreclosure; business has no other assets other than building; business will be closed after buidling is taken by bank** | - | 0.00 |
| | | **Coles Condominium Association (non-for-profit organization) (this association will remain active after bankruptcy as it manages the building but owns no units; debtor manages association; association collects rent for some unit owners and fowards rent to unit owners); no assets except checking account as listed on Schedule B; Association for condo units at 7400-7408 S Coles; Debtor is president of association** | - | 0.00 |
| | | **6750 S Clyde Inc - 50% Owner - real estate development; (50/50 ownership with Yuri Tysyachnik); real estate owned by this corporation has been foreclosed** | - | 0.00 |
| | | **LPI Group LLC (DBA) Builders Center of Chicago (66.67% Owner); owned 2101-11 W Irving Park Road, Chicago, IL 60618 (foreclosed 2009-CH-26768); owns 3610, 3616-18 S Lake Park, Chicago, IL (vacant lot) which is in foreclosure 2009-CH-26702** | - | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |

Sub-Total >        250.00
(Total of this page)

Sheet __2__ of __4__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Anatoly Zarkhin**                                                                    ,    Case No. _____
                                                     Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 16. Accounts receivable. | | **Anatoly Zarkhin v Bruce Edward Hunter, and Leanndra Caprice Hill; 2010-M1-103748; Debtor's attorneys are R&J Legal Group LTD, 225 W Washington, #2200, Chicago, IL 60606 312-933-6694; last activity on court docket is from March 2011** | - | 19,937.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **2011 Anticipated Federal Income Tax Refund** | - | 720.00 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |

Sub-Total >          20,657.00
(Total of this page)

Sheet   **3**   of   **4**   continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Anatoly Zarkhin**
_____,    Case No. _____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2008 Honda Odyssey with approximatley 83,000 miles in fair condition (American Honda Finance) (NADA)** | - | **9,825.00** |
| | | **2008 Chevy Express Cargo Van with approximately 80,000 miles in fair condition (Chase Auto Finance) (Debtor has a 1/2 interest in this vehcile as it is titled to BEA, Inc of which he is 50% owner; however, vehicle is encumbered by a Chase Auto Finance lien in the amount of $4,000.00, said debt is solely in debtor's partner's name, Igor Pesotsky) (NADA)** | - | **3,900.00** |
| | | **Debtor's interest NADA Value $7800 - $4000 Chase lien = $3800/2 = $1900** | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Ikea tables and disabled phone system at old LPI Group office (2101 W Irving Park Road, Chicago, IL)** | - | **200.00** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Domain name: www.nextstepoffices.com** | - | **0.00** |

|  |  |
|---|---|
| Sub-Total > | **13,925.00** |
| (Total of this page) | |
| Total > | **39,109.00** |

Sheet __4__ of __4__  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/10)

.

In re    **Anatoly Zarkhin**                                              ,    Case No. _____
                                                    Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:     ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                      $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                               *with respect to cases commenced on or after the date of adjustment.)*
☑ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| **1356 Woodland Lane, Riverwoods, IL 60015 (Debtor's Primary Residence) (Joint on title and mortgages with Tamara Zarkhin) (Zillow) (Foreclosure) SURRENDER 09CH4085/10CH00052** | 735 ILCS 5/12-901 | 15,000.00 | 1,083,100.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Chase Bank checking account #1593 in the name of 7400 S Coles, Inc (Debtor's Company Account)** | 735 ILCS 5/12-1001(b) | 145.00 | 145.00 |
| **Devon Bank checking account #1001 in the name of BEA, Inc** | 735 ILCS 5/12-1001(b) | 120.00 | 120.00 |
| **PLS Visa, Debit Card #1817** | 735 ILCS 5/12-1001(b) | 20.00 | 20.00 |
| **Household Goods and Furnishings** | | | |
| **Beds, Dressers, TVs, DVD Player, Camera, Computer, Desk, Sofa, Coffee Table, End Tables, Lamps, Dining Set, Kitchen Table & Chairs, Small Appliances, Large Appliances, Washer, Dryer,, Cell Phones, Flatware, Utensils** | 735 ILCS 5/12-1001(b) | 2,000.00 | 2,000.00 |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| **Books, Pictures, Family Photos, CDs, DVDs, Games** | 735 ILCS 5/12-1001(b) | 50.00 | 50.00 |
| **Wearing Apparel** | | | |
| **Necessary Wearing Apparel** | 735 ILCS 5/12-1001(a) | 300.00 | 300.00 |
| **Furs and Jewelry** | | | |
| **Ring, Watch** | 735 ILCS 5/12-1001(b) | 50.00 | 50.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| **Luger Revolver** | 735 ILCS 5/12-1001(b) | 600.00 | 600.00 |
| **Other Liquidated Debts Owing Debtor Including Tax Refund** | | | |
| **2011 Anticipated Federal Income Tax Refund** | 735 ILCS 5/12-1001(b) | 720.00 | 720.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2008 Honda Odyssey with approximatley 83,000 miles in fair condition (American Honda Finance) (NADA)** | 735 ILCS 5/12-1001(c) | 2,400.00 | 9,825.00 |

___1___ continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6C (Official Form 6C) (4/10) -- Cont.

In re   __Anatoly Zarkhin_____,   Case No. _____

                                                   Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **2008 Chevy Express Cargo Van with approximately 80,000 miles in fair condition (Chase Auto Finance) (Debtor has a 1/2 interest in this vehcile as it is titled to BEA, Inc of which he is 50% owner; however, vehicle is encumbered by a Chase Auto Finance lien in the amount of $4,000.00, said debt is solely in debtor's partner's name, Igor Pesotsky) (NADA)**<br><br>**Debtor's interest NADA Value $7800 - $4000 Chase lien = $3800/2 = $1900** | **735 ILCS 5/12-1001(b)** | **295.00** | **7,800.00** |
| **Office Equipment, Furnishings and Supplies** Ikea tables and disabled phone system at old LPI Group office (2101 W Irving Park Road, Chicago, IL) | **735 ILCS 5/12-1001(d)** | **1,500.00** | **200.00** |
| | Total: | **23,200.00** | **1,104,930.00** |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

B6D (Official Form 6D) (12/07)

In re **Anatoly Zarkhin** _____,   Case No. _____
_____
Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | **Second Mortgage** | | | | | |
| **Alex Bekkerman & Igor Nemov** 3100 Dundee Road, Ste 207 Northbrook, IL 60062 | X | - | **1356 Woodland Lane, Riverwoods, IL 60015 (Debtor's Primary Residence) (Joint on title and mortgages with Tamara Zarkhin) (Zillow) (Foreclosure)** SURRENDER 09CH4085/10CH00052 | | | | | |
| | | | Value $           1,083,100.00 | | | | 150,000.00 | 150,000.00 |
| Account No. **xxxxx9659** | | | **Opened  7/01/08  Last Active  5/16/12** | | | | | |
| **American Honda Finance** Po Box 168088 Irving, TX 75016 | | - | **Purchase Money Security** **2008 Honda Odyssey with approximatley 83,000 miles in fair condition (American Honda Finance) (NADA)** | | | | | |
| | | | Value $              9,825.00 | | | | 8,576.00 | 0.00 |
| Account No. **7567** | | | **Mortgage** | | | | | |
| **Bank of America** PO Box 961291 Fort Worth, TX 76161 | | - | **1735 W Lawrence, 1W, Chicago, IL 60640 (Debtor is joint on title with non-filing spouse) (Foreclosure)** 09CH44989 | | | | | |
| | | | Value $           170,000.00 | | | | 413,999.20 | 243,999.20 |
| Account No. **xxxxxx4398** | | | **Opened  2/01/07  Last Active  2/27/09** **Mortgage** | | | | | |
| **Bank United** Attn: Bankruptcy Department 7815 Nw 148th St. Miami Lakes, FL 33016 | X | - | **1356 Woodland Lane, Riverwoods, IL 60015 (Debtor's Primary Residence) (Joint on title and mortgages with Tamara Zarkhin) (Zillow) (Foreclosure)** SURRENDER 09CH4085/10CH00052 | | | | | |
| | | | Value $           1,083,100.00 | | | | 1,142,325.27 | 59,225.27 |

_**1**_  continuation sheets attached

Subtotal
(Total of this page)

| 1,714,900.47 | 453,224.47 |

B6D (Official Form 6D) (12/07) - Cont.

In re  **Anatoly Zarkhin**                                                    ,        Case No. _____
                                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **3290** <br><br> **Lincoln Park Savings Bank** <br> **1946 W Irving Park Road** <br> **Chicago, IL 60613** | X | - | **Construction Loan** <br> **4234 S Ellis, Chicago, IL 60653 (owned by Ellis Development Inc (land purchased, constructed ten units; no units sold, project not finished, now in foreclosure) (Property is also known as street address: 946 E 43rd Street, Chicago, IL 60653** | | | | | |
| | | | Value $        **500,000.00** | | | | **2,118,136.20** | **1,618,136.20** |
| Account No. <br><br> **Ravenswood Bank** <br> **c/o Ruff Weidenaar & Reidy LTD** <br> **222 N LaSalle, #700** <br> **Chicago, IL 60601** | X | - | **Fourth Mortgage** <br> **(This loan was cross-collarteralized on debtor's residence and another property) 1356 Woodland Lane, Riverwoods, IL 60015 (Debtor's Primary Residence) (Joint on title and mortgages with Tamara Zarkhin) (Zillow) (Foreclosure) SURRENDER 09CH4** | | | | | |
| | | | Value $      **1,083,100.00** | | | | **415,679.48** | **415,679.48** |
| Account No. **4003** <br><br> **Ravenswood Bank** <br> **2300 West Lawrence Ave** <br> **Chicago, IL 60625** | | - | **Mortgage** <br> **3610, 3616-18 S Lake Park, Chicago, IL 60653 (vacant land all joined together) (Debtor owns this property through his 66.67% ownership interest in LPI Group Inc (DBA) Builders Center of Chicago); property is currently in foreclosure 09CH267** | | | | | |
| | | | Value $        **90,000.00** | | | | **363,750.00** | **273,750.00** |
| Account No. **xxxxx1301** <br><br> **Real Time Resolutions** <br> **450 American St** <br> **Simi Valley, CA 93065** | X | - | **Opened  2/01/07  Last Active  5/24/10** <br> **Third Mortgage** <br> **1356 Woodland Lane, Riverwoods, IL 60015 (Debtor's Primary Residence) (Joint on title and mortgages with Tamara Zarkhin) (Zillow) (Foreclosure) SURRENDER 09CH4085/10CH00052** | | | | | |
| | | | Value $      **1,083,100.00** | | | | **400,000.00** | **400,000.00** |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |

Sheet  **1**  of  **1**  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | **3,297,565.68** | **2,707,565.68** |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | **5,012,466.15** | **3,160,790.15** |

B6E (Official Form 6E) (4/10)

.

In re   **Anatoly Zarkhin**                                                    ,   Case No. _____
                                              **Debtor**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**0**      continuation sheets attached

B6F (Official Form 6F) (12/07)

In re    **Anatoly Zarkhin**                                                                    ,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. <br><br>**Access Lighting Company c/o Euler Hermes UMA 600 South 7th Street Louisville, KY 40201** | | - | | | | | | | 1,824.98 |
| Account No. <br><br>**Adam Fridman 1116 Pfingsten Road Northbrook, IL 60062** | | | **Investor** | | | | | | 0.00 |
| Account No. **8232** <br><br>**Alarm Detection Systems Inc 1111 Church Road Aurora, IL 60505** | | - | | | | | | | 266.08 |
| Account No. <br><br>**Aleksandr Bekkerman 634 Dunsten Circle Northbrook, IL 60062** | | - | | | | | | | 0.00 |

| | | |
|---|---|---|
| __19__ continuation sheets attached | Subtotal <br> (Total of this page) | 2,091.06 |

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                              S/N:34591-120914    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Anatoly Zarkhin**                                                                    ,     Case No. _____
                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x1003**<br><br>**American Express**<br>**PO Box 981540**<br>**El Paso, TX 79998** | - | | **Line of Credit** | | | | 17,936.17 |
| Account No. **x2002**<br><br>**American Express Executive**<br>**PO Box 981535**<br>**El Paso, TX 79998** | - | | **2009-AR-2787** | | | | 26,357.20 |
| Account No. **xxxxx7741**<br><br>**Asset Acceptance Llc**<br>**Attention: Bankruptcy**<br>**Po Box 2036**<br>**Warren, MI 48090** | | | **Opened 4/01/11 FactoringCompanyAccount Wells Fargo/ Grand Appliance** | | | | 7,306.00 |
| Account No.<br><br>**BAC Home Loans Serv LP**<br>**450 American St Sv**<br>**Simi Valley, CA 93065** | - | | **2009-CH-44989** | | | | 0.00 |
| Account No. **0046**<br><br>**Bank of America**<br>**POB 1597**<br>**Norfolk, VA 23501** | - | | | | | | 5,516.28 |

Sheet no. __**1**__ of __**19**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal<br>(Total of this page) | 57,115.65 |

B6F (Official Form 6F) (12/07) - Cont.

In re **Anatoly Zarkhin**                                          ,   Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Barris, Scott, Denn & Driker**<br>**211 W Fort Street**<br>**15th Floor**<br>**Detroit, MI 48226** | - | | **George Broquet Michigan case attorney** | | | | 4,000.00 |
| Account No. **xxxxxxxxxxx3444** <br><br>**Bk Of Amer**<br>**Po Box 982238**<br>**El Paso, TX 79998** | - | | **Opened 12/19/08  Last Active 12/07/09**<br>**CreditCard** | | | | 6,344.00 |
| Account No. <br><br>**CBeyond Communications Inc**<br>**320 Interstate North Parkway**<br>**Ste 300**<br>**Atlanta, GA 30339** | - | | | | | | 1,023.06 |
| Account No. **xxxxxxxxxxx6494** <br><br>**Chase**<br>**Po Box 15298**<br>**Wilmington, DE 19850** | - | | **Opened  4/01/08  Last Active  6/01/09**<br>**Credit card in the name of LPI Group Inc** | | | | 12,466.00 |
| Account No. **xxxxxxxxxxx3805** <br><br>**Chase**<br>**Po Box 15298**<br>**Wilmington, DE 19850** | - | | **Opened  1/01/08  Last Active  5/20/09**<br>**Credit card in the name of Builders**<br>**Showroom, Inc** | | | | 10,416.00 |

Sheet no. __**2**__ of __**19**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

34,249.06

B6F (Official Form 6F) (12/07) - Cont.

In re  **Anatoly Zarkhin** _____,   Case No. _____

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. **3275** <br><br>**Chase** <br>**Cardmember Services** <br>**POB 15153** <br>**Wilmington, DE 19886-5153** | X | - | | | Credit Card in the name of LPI Group LLC | | | | 23,335.91 |
| Account No. **1952** <br><br>**Chase** <br>**Attn: Bankruptcy Dept** <br>**PO Box 100018** <br>**Kennesaw, GA 30156** | | - | | | Credit card in the name of LPI Group Inc | | | | 12,417.84 |
| Account No. **x2001** <br><br>**Chase** <br>**Attn: Legal Dept** <br>**131 S Dearborn St** <br>**Chicago, IL 60603** | | - | | | Line of Credit in the name of LPI Group, Inc <br><br>2010-L-002286 | | | | 48,304.80 |
| Account No. **3007** <br><br>**Chase** <br>**Cardmember Services** <br>**PO Box 15548** <br>**Wilmington, DE 19886** | | - | | | Credit card in the name of BEA, Inc | | | | 21,957.91 |
| Account No. **4022** <br><br>**Chase** <br>**Attn: Bankruptcy Dept** <br>**PO Box 100018** <br>**Kennesaw, GA 30156** | | - | | | Credit card in the name of BEA Inc | | | | 22,108.23 |

Sheet no. __**3**__ of __**19**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 128,124.69 |
|---|

B6F (Official Form 6F) (12/07) - Cont.

In re   **Anatoly Zarkhin**                                                    ,      Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **7001** <br><br> **Chase** <br> **Attn: Legal Dept** <br> **131 S Dearborn St** <br> **Chicago, IL 60603** | - | | **Line of credit in the name of BEA, Inc** | | | | 74,077.25 |
| Account No. **3275** <br><br> **Chase** <br> **Cardmember Services** <br> **PO Box 15153** <br> **Wilmington, DE 19886-5153** | - | | **Credit Card: LPI Group Inc** | | | | 27,836.03 |
| Account No. <br><br> **Chase Bank** <br> **c/o Michael D Fine** <br> **131 S Dearborn** <br> **Chicago, IL 60603** | - | | **2009-M1-206244** | | | | 22,883.41 |
| Account No. **xxxxxxxxx5009** <br><br> **Chase Manhattan** <br> **Attn: Bankruptcy Research Dept** <br> **3415 Vision Dr., Mail Code Oh4-7302** <br> **Columbus, OH 43219** | - | | **Opened 1/26/05 Last Active 10/09/07** <br> **Automobile** | | | | **Unknown** |
| Account No. <br><br> **Coles Condominium Association** <br> **7400 S Coles** <br> **Chicago, IL** | - | | | | | | 318.00 |

Sheet no. __4__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

125,114.69

B6F (Official Form 6F) (12/07) - Cont.

In re  **Anatoly Zarkhin**                                                    ,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | - | | Investor | | | | |
| Cynthia Thys<br>4241 N Newcastle Ave<br>Harwood Heights, IL 60706 | | | | | | | | 127,000.00 |
| Account No. **233** | | - | | | | | | |
| Dell Business Credit<br>PO Box 81577<br>Austin, TX 78708 | | | | | | | | 3,972.62 |
| Account No. xxxxxxxxxxxx7123 | | - | | Opened 12/01/93 Last Active 10/06/09<br>CreditCard | | | | |
| Discover Fin<br>Attention: Bankruptcy Department<br>Po Box 3025<br>New Albany, OH 43054 | | | | | | | | 18,276.00 |
| Account No. xxx5738 | | - | | Opened 3/01/05 Last Active 5/06/05<br>ConventionalRealEstateMortgage | | | | |
| Draper & Kramer Inc<br>33 W Monroe<br>Chicago, IL 60603 | | | | | | | | Unknown |
| Account No. **7929** | | - | | | | | | |
| EMedia Communications Inc<br>c/o HSW Financial Recovery LLC<br>811 Dallas St, Ste 800<br>Houston, TX 77002 | | | | | | | | 31,192.79 |

Sheet no. __5__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **180,441.41**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Anatoly Zarkhin**                                                      ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**First Commercial Bank**<br>**c/o Martin & Karcazees LTD**<br>**161 N Clark, Ste 550**<br>**Chicago, IL 60601** | - | | **7400 S Coles, Chicago, IL (owned by 7400 S Coles Inc) (twenty one units; bank already foreclosed on nine) (sold half units in building the other half, approximatley nine, were foreclosed while 7400 S Coles Inc was owner) 09CH25999** | | | | 1,098,000.00 |
| Account No.<br><br>**First Commercial Bank**<br>**c/o Martin & Karcazees LTD**<br>**161 N Clark, Ste 550**<br>**Chicago, IL 60601** | - | | **2009-CH-25999** | | | | **Unknown** |
| Account No. **4425**<br><br>**GE Capital Retail Bank**<br>**PO Box 965022**<br>**Orlando, FL 32896** | - | | **ABT Credit Line** | | | | 22,262.19 |
| Account No.<br><br>**Genesis Clinical Laboratory**<br>**1590 Paysphere Circle**<br>**Chicago, IL 60674** | - | | **Medical** | | | | 541.32 |
| Account No.<br><br>**George Broquet**<br>**c/o Zahnoen & Zaknoen LLC**<br>**161 N Clark Street, Ste 4700**<br>**Chicago, IL 60601** | - | | **Investor**<br>**2012-CV-01590** | | | | 200,000.00 |

| | | |
|---|---|---|
| Sheet no. __6__ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | 1,320,803.51 |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Anatoly Zarkhin**                                                          ,    Case No. _____
                                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **xxxxxxxxxxxxxx5722** | | | | | **Opened 1/01/03 Last Active 5/16/12 Educational** | | | | |
| **Glelsi/keycorp Student 2401 International Madison, WI 53704** | - | | | | | | | | |
| | | | | | | | | | 25,515.00 |
| Account No. **xxx2234** | | | | | **Opened 2/01/10 FactoringCompanyAccount Ge Capital Corp.** | | | | |
| **Hilco Receivables/Equable Ascent Financi Attn: Bankruptcy 1120 Lake Cook Road Suite B Buffalo Grove, IL 60089** | - | | | | | | | | |
| | | | | | | | | | 22,652.00 |
| Account No. **2416** | | | | | **Credit Line** | | | | |
| **Home Depot Credit Services PO Box 182676 Columbus, OH 43218** | - | | | | | | | | |
| | | | | | | | | | 41,084.05 |
| Account No. | | | | | | | | | |
| **Igor Nemov 4341 Exeter Lane Northbrook, IL 60062** | - | | | | | | | | |
| | | | | | | | | | 0.00 |
| Account No. | | | | | **Partner** | | | | |
| **Igor Pesotskzy 4328 W Enfield Ave Skokie, IL 60076** | - | | | | | | | | |
| | | | | | | | | | 0.00 |

Sheet no. __**7**___ of __**19**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **89,251.05**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Anatoly Zarkhin**                                                          ,    Case No. _____
                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxxxxxx0370**<br><br>**Indymac Bank/Onewest bank**<br>**Attn:Bankruptcy**<br>**2900 Esperanza Crossing**<br>**Austin, TX 78758** | - | | | Opened 11/01/07  Last Active  1/29/09<br>**1733 W Lawrence, 2E, Chicago, IL (owned under debtor's name) (Foreclosed)** | | | | 315,155.20 |
| Account No.<br><br>**Jeffrey B Dovitz**<br>**Crowley & Lamb PC**<br>**221 North LaSalle Street, Ste 1550**<br>**Chicago, IL 60601** | - | | | 09-L-008945 | | | | 3,127.00 |
| Account No.<br><br>**JPMorgan Chase**<br>**PO Box 260164**<br>**LA2-2808**<br>**Baton Rouge, LA 70826** | - | | | 2010-L-2286 | | | | 133,834.81 |
| Account No. **xxxxxxxxxxxxx5722**<br><br>**Key Education Resource**<br>**P.o. Box 7860**<br>**Madison, WI 53707** | - | | | Opened  9/01/04  Last Active  5/16/12<br>**Educational** | | | | 12,402.00 |
| Account No. **2278**<br><br>**Key Equipment Finance**<br>**c/o STA Internatioanl**<br>**1400 Old Country Rd, Ste 411**<br>**Westbury, NY 11590** | - | | | | | | | 3,380.99 |

Sheet no. __**8**__ of __**19**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

467,900.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Anatoly Zarkhin**                                                      ,          Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | **Investor 2011-CV-01104** | | | | |
| **Leigh Bodden** c/o Julia D Ferguson 1018 Darrow Ave Evanston, IL 60202 | X | - | | | | | | 1,940,000.00 |
| Account No. | | - | | | | | | |
| **Lincoln Park Savings Bank** c/o Cynthia Feeley 161 N Clark, #4700 Chicago, IL 60601 | | | | | | | | 524,392.00 |
| Account No. | | - | | | | | | |
| **Lincoln Park Savings Bank** c/o Cynthia Feeley 161 N Clark, #4700 Chicago, IL 60601 | | | | | | | | 3,527,177.96 |
| Account No. | | - | | **2010-CH-06348** | | | | |
| **Lincoln Park Savings Bank** c/o Cynthia Feeley 161 N Clark, #4700 Chicago, IL 60601 | | | | | | | | 0.00 |
| Account No. | | - | | **2010-CH-06347** | | | | |
| **Lincoln Park Savings Bank** c/o Cynthia Feeley 161 N Clark, #4700 Chicago, IL 60601 | | | | | | | | 0.00 |

Sheet no. __9__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**5,991,569.96**

B6F (Official Form 6F) (12/07) - Cont.

In re  __Anatoly Zarkhin_____,    Case No. _____
                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Lincoln Park Savings Bank**<br>**c/o Cynthia Feeley**<br>**161 N Clark, #4700**<br>**Chicago, IL 60601** | - | | **2010-CH-13960** | | | | **0.00** |
| Account No.<br><br>**Lincoln Park Savings Bank**<br>**c/o Cynthia Feeley**<br>**161 N Clark, #4700**<br>**Chicago, IL 60601** | - | | **2010-CH-13958** | | | | **0.00** |
| Account No.<br><br>**Lincoln Park Savings Bank**<br>**c/o Cynthia Feeley**<br>**161 N Clark, #4700**<br>**Chicago, IL 60601** | - | | **3862 S Lake Park, Chicago, IL (owned by 3862 S Lake Park, Inc) (land, eight units, new construction) (seven units sold; last unit in foreclosure) 10CH34040 (SURRENDER)** | | | | **295,118.25** |
| Account No.<br><br>**Lincoln Park Savings Bank**<br>**c/o Cynthia Feeley**<br>**161 N Clark, #4700**<br>**Chicago, IL 60601** | - | | | | | | **1,577,485.76** |
| Account No.<br><br>**Linda Williams**<br>**2056 W Garfield Blvd**<br>**Chicago, IL 60609** | - | | **Investor** | | | | **20,000.00** |

Sheet no. __10__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,892,604.01**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Anatoly Zarkhin**                                                                    ,    Case No. _____
                                                                   Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**M&I Marshall & Ilsley Bank**<br>**c/o Cynthia Feeley**<br>**161 N Clark, #4700**<br>**Chicago, IL 60601** | - | | 2010-CH-13961 | | | | **0.00** |
| Account No.<br><br>**Mark J Bereyso**<br>**10 S LaSalle, #3300**<br>**Chicago, IL 60603** | - | | 2009-M1-189197 | | | | **12,900.00** |
| Account No. **6002**<br><br>**Marlin Leasing Corporation**<br>**300 Fellowship Road**<br>**Mount Laurel, NJ 08054** | - | | Philadelphia Court of Common Pleas | | | | **36,435.05** |
| Account No.<br><br>**Northbrook Bank**<br>**c/o Cynthia Feeley**<br>**161 N Clark, #4700**<br>**Chicago, IL 60601** | - | | 2010-CH-34040 | | | | **0.00** |
| Account No.<br><br>**Northbrook Bank & Trust Company**<br>**c/o Cynthia Feeley**<br>**161 N Clark, #4700**<br>**Chicago, IL 60601** | - | | 2010-CH-36172 | | | | **0.00** |

Sheet no. __11__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **49,335.05**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Anatoly Zarkhin**                                                                    , Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | 2011-CH-32442 | | | | |
| **Northbrook Bank & Trust Company** **c/o Walinski & Associates PC** **221 N LaSalle, #1000** **Chicago, IL 60601** | - | | | | | | | **0.00** |
| Account No. **2856** | | | | | | | | |
| **Northern Leasing System Inc** **PO Box 7861** **New York, NY 10116** | - | | | | | | | **820.13** |
| Account No. **3314** | | | | Medical | | | | |
| **Northshore University Health System** **23056 Network Place** **Chicago, IL 60673** | - | | | | | | | **1,664.93** |
| Account No. | | | | Medical | | | | |
| **Northshore University Health Systm** **9532 Eagle Way** **Chicago, IL 60678** | - | | | | | | | **416.23** |
| Account No. **8235** | | | | Medical | | | | |
| **Northshore University Health Systm** **9851 Eagle Way** **Chicago, IL 60678** | - | | | | | | | **49.70** |

Sheet no. __12__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,950.99**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Anatoly Zarkhin**                                                          ,          Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Northshore University Health Systm** <br> **9532 Eagle Way** <br> **Chicago, IL 60678** | - | | Medical | | | | 41.19 |
| Account No. <br><br> **Northshore University Health Systm** <br> **9851 Eagle Way** <br> **Chicago, IL 60678** | - | | Medical | | | | 307.83 |
| Account No. <br><br> **Northshore University Health Systm** <br> **9851 Eagle Way** <br> **Chicago, IL 60678** | - | | Medical | | | | 834.67 |
| Account No. <br><br> **Northshore University Health Systm** <br> **9532 Eagle Way** <br> **Chicago, IL 60678** | - | | Medical | | | | 98.00 |
| Account No. **0957** <br><br> **Northshore University Health Systm** <br> **9532 Eagle Way** <br> **Chicago, IL 60678** | - | | Medical | | | | 196.00 |

Sheet no. __13__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,477.69**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Anatoly Zarkhin**                                                                  , Case No. _____
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | 2009-CH-21867 | | | | |
| **Onewest Bank c/o Codilis & Associates 15W030 N Frontage Road Willowbrook, IL 60527** | - | | | | | | | **Unknown** |
| Account No. **xx1716** | | | | **Opened 11/01/11 FactoringCompanyAccount Chase Bank** | | | | |
| **Pinnacle Credit Service Po Box 640 Hopkins, MN 55343** | - | | | | | | | **24,728.00** |
| Account No. **xx1619** | | | | **Opened 11/01/11 FactoringCompanyAccount Chase Bank** | | | | |
| **Pinnacle Credit Service Po Box 640 Hopkins, MN 55343** | - | | | | | | | **24,560.00** |
| Account No. **xx0250** | | | | **Opened  3/01/12 FactoringCompanyAccount Chase Bank** | | | | |
| **Pinnacle Credit Service Po Box 640 Hopkins, MN 55343** | - | | | | | | | **13,686.00** |
| Account No. **0135** | | | | **Creditor: Chase overdrawn bank account #0135** | | | | |
| **Plaza Associates 370 Seventh Ave New York, NY 10001-3900** | - | | | | | | | **1,440.28** |

Sheet no. _**14**_ of _**19**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| | **64,414.28** |

B6F (Official Form 6F) (12/07) - Cont.

In re __Anatoly Zarkhin_____,          Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **5101** <br><br> **Plaza Associates** <br> **PO Box 18008** <br> **Hauppauge, NY 11788** | - | | | Creditor: Chase overdrawn bank account #5101 | | | | 1,388.91 |
| Account No. <br><br> **Ravenswood Bank** <br> **c/o Jeffrey B Dovitz, Crowley & Lam** <br> **221 North Lasalle Street, Ste 1550** <br> **Chicago, IL 60601** | - | | | 2009-L-008945 | | | | 92,712.05 |
| Account No. <br><br> **Ravenswood Bank** <br> **c/o Crowley & Lamb PC** <br> **221 N LaSalle, #1550** <br> **Chicago, IL 60601** | X | - | | 2101 W Irving Park Road, Chicago, IL (owned by LPI Group) (Sheriff's sale November 2011) | | | | 2,184,840.07 |
| Account No. <br><br> **Ravenswood Bank** <br> **c/o Crowley & Lamb PC** <br> **221 N LaSalle, #1550** <br> **Chicago, IL 60601** | - | | | 2101 W Irving Park Road, Chicago, IL (owned by LPI Group) (Sheriff's sale November 2011) | | | | 698,838.35 |
| Account No. <br><br> **Ravenswood Bank** <br> **c/o Crowley & Lamb PC** <br> **221 N LaSalle, #1550** <br> **Chicago, IL 60601** | X | - | | 3610, 3616-18 S Lake Park, Chicago, IL (vacant land all joined together) (Foreclosure started in 2009) (Quit claim from debtor to LGI Group five years ago) 09CH26702 | | | | 363,750.00 |

Sheet no. __15__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        3,341,529.38

B6F (Official Form 6F) (12/07) - Cont.

In re   **Anatoly Zarkhin**                                                    Case No. _____
                                                    ,
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | 2009-CH-26768 | | | | |
| **Ravenswood Bank** c/o Crowley & Lamb PC 221 N LaSalle, #1550 Chicago, IL 60601 | - | | | | | | 0.00 |
| Account No. | | | 2009-CH-26759 | | | | |
| **Ravenswood Bank** c/o Crowley & Lamb PC 221 N LaSalle, #1550 Chicago, IL 60601 | - | | | | | | 0.00 |
| Account No. | | | 2009-CH-26702 | | | | |
| **Ravenswood Bank** c/o Ruff Weidenaar & Reidy LTD 222 N LaSalle, #700 Chicago, IL 60601 | - | | | | | | 0.00 |
| Account No. **1817** | | | Medical | | | | |
| **Ravinia Associates in Internal Meds** 1777 Green Bay Rd, Ste 201 Highland Park, IL 60035 | - | | | | | | 72.49 |
| Account No. **xxxxxxxx1910** | | | Opened 10/01/98  Last Active  6/01/04 ChargeAccount | | | | |
| **Rnb-fields3/Macy's** Macy's Bankruptcy Department Po Box 8053 Mason, OH 45040 | - | | | | | | Unknown |

Sheet no. __**16**__ of __**19**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

72.49

B6F (Official Form 6F) (12/07) - Cont.

In re   **Anatoly Zarkhin**                                          ,   Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Shirley J Roper** <br> **4830 S Cornell Ave** <br> **Chicago, IL 60615** | | - | Investor | | | | 215,061.70 |
| Account No. <br><br> **Stephen Heller** <br> **2821 W Estes** <br> **Chicago, IL 60645** | X | - | Investor | | | | 247,488.86 |
| Account No. <br><br> **Svetlana Grichina** <br> **867 Alfini Dr** <br> **Des Plaines, IL 60016** | X | - | Investor | | | | 350,000.00 |
| Account No. <br><br> **US Bank** <br> **POB 790408** <br> **Saint Louis, MO 63179-0408** | | - | Repossessed: 2004 Volvo 60 | | | | 3,977.72 |
| Account No. xxxxxxxxxxxx1695 <br><br> **Us Bk Rms Cc** <br> **101 5th St E Ste A** <br> **Saint Paul, MN 55101** | | - | Opened 12/01/08  Last Active  4/27/12 <br> Credit card in the name of Arthur Newguard, Inc | | | | 12,181.44 |

Sheet no. __17__ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

828,709.72

B6F (Official Form 6F) (12/07) - Cont.

In re  **Anatoly Zarkhin**                                                     ,        Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Veronica Thompson** <br> **1476 S Prairie Ave, Unit F** <br> **Chicago, IL 60605** | - | | Investor | | | | 10,000.00 |
| Account No. <br><br> **Vladimir Rubinshtein** <br> **8916 National Ave** <br> **Morton Grove, IL 60053** | - | | Investor | | | | 144,429.77 |
| Account No.  0948 <br><br> **Wells Fargo Financial Bank** <br> **PO Box 660431** <br> **Dallas, TX 75266** | - | | Wells Fargo/Grand Appliance | | | | 7,263.07 |
| Account No.  xxxxxxxxxxxx0948 <br><br> **Wffnatbank** <br> **Cscl Dispute Tm-mac N8235-04m** <br> **Des Moines, IA 50306** | - | | Opened 11/01/08  Last Active  6/03/09 ChargeAccount | | | | 6,922.00 |
| Account No.  8541 <br><br> **XO Communications** <br> **9201 N Central Expressway** <br> **Dallas, TX 75231** | - | | Phone Service | | | | 796.18 |

Sheet no. __18__ of __19__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          169,411.02

B6F (Official Form 6F) (12/07) - Cont.

In re  **Anatoly Zarkhin**                                                      ,        Case No. _____

_____ Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Investor | | | | |
| **Yuriy Tysychnik** **1415 Plymouth Lane** **Glenview, IL 60025** | - | | | | | | | **0.00** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. __19__ of __19__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | **0.00** |
| Total (Report on Summary of Schedules) | | **14,747,165.71** |

B6G (Official Form 6G) (12/07)

.

In re      **Anatoly Zarkhin**                                                                    ,      Case No. _____
                                                              Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Northern Leasing Syste**<br>**132 W 31st St Fl 14**<br>**New York, NY 10001** | **Acct# 1502856**<br>**Opened  8/01/07**<br>**Lease** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                      Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re   **Anatoly Zarkhin**
_____,   Case No. _____
                            Debtor

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Adam Fridman**<br>**1116 Pfingsten Road**<br>**Northbrook, IL 60062** | **Chase**<br>**Cardmember Services**<br>**POB 15153**<br>**Wilmington, DE 19886-5153** |
| **Igor Pesotsky**<br>**4328 W Enfield Ave**<br>**Skokie, IL 60076** | **Ravenswood Bank**<br>**c/o Crowley & Lamb PC**<br>**221 N LaSalle, #1550**<br>**Chicago, IL 60601** |
| **Igor Pesotsky**<br>**4328 W Enfield Ave**<br>**Skokie, IL 60076** | **Ravenswood Bank**<br>**c/o Crowley & Lamb PC**<br>**221 N LaSalle, #1550**<br>**Chicago, IL 60601** |
| **Igor Pesotsky**<br>**4328 W Enfield Ave**<br>**Skokie, IL 60076** | **Ravenswood Bank**<br>**c/o Ruff Weidenaar & Reidy LTD**<br>**222 N LaSalle, #700**<br>**Chicago, IL 60601** |
| **Igor Pesotsky**<br>**4328 W Enfield Ave**<br>**Skokie, IL 60076** | **Svetlana Grichina**<br>**867 Alfini Dr**<br>**Des Plaines, IL 60016** |
| **Igor Pesotsky**<br>**4328 W Enfield Ave**<br>**Skokie, IL 60076** | **Stephen Heller**<br>**2821 W Estes**<br>**Chicago, IL 60645** |
| **Igor Pesotsky**<br>**4328 W Enfield Ave**<br>**Skokie, IL 60076** | **Lincoln Park Savings Bank**<br>**1946 W Irving Park Road**<br>**Chicago, IL 60613** |
| **Tamara Zarkhin**<br>**1356 Woodland Lane**<br>**Riverwoods, IL 60015** | **Bank United**<br>**Attn: Bankruptcy Department**<br>**7815 Nw 148th St.**<br>**Miami Lakes, FL 33016** |
| **Tamara Zarkhin**<br>**1356 Woodland Lane**<br>**Riverwoods, IL 60015** | **Alex Bekkerman & Igor Nemov**<br>**3100 Dundee Road, Ste 207**<br>**Northbrook, IL 60062** |
| **Tamara Zarkhin**<br>**1356 Woodland Lane**<br>**Riverwoods, IL 60015** | **Real Time Resolutions**<br>**450 American St**<br>**Simi Valley, CA 93065** |

1

_____ continuation sheets attached to Schedule of Codebtors

In re   **Anatoly Zarkhin** _____,   Case No. _____

<div align="center">Debtor</div>

<div align="center">

## SCHEDULE H - CODEBTORS
(Continuation Sheet)

</div>

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Tamara Zarkhin**<br>**1356 Woodland Lane**<br>**Riverwoods, IL 60015** | **Ravenswood Bank**<br>**c/o Ruff Weidenaar & Reidy LTD**<br>**222 N LaSalle, #700**<br>**Chicago, IL 60601** |
| **Tamara Zarkhin**<br>**1356 Woodland Lane**<br>**Riverwoods, IL 60015** | **Leigh Bodden**<br>**c/o Julia D Ferguson**<br>**1018 Darrow Ave**<br>**Evanston, IL 60202** |
| **Yevgeny Zarkhin**<br>**2412 Dawson Court**<br>**Riverwoods, IL 60015** | **Ravenswood Bank**<br>**c/o Crowley & Lamb PC**<br>**221 N LaSalle, #1550**<br>**Chicago, IL 60601** |
| **Yevgeny Zarkhin**<br>**2412 Dawson Court**<br>**Riverwoods, IL 60015** | **Ravenswood Bank**<br>**c/o Crowley & Lamb PC**<br>**221 N LaSalle, #1550**<br>**Chicago, IL 60601** |

Sheet  **1**  of  **1**  continuation sheets attached to the Schedule of Codebtors

B6I (Official Form 6I) (12/07)

In re  **Anatoly Zarkhin** _____     Case No. _____
_____
Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**None.** | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **President (Self-Employed)** | **Care Taker** |
| Name of Employer | **Builders Experts of America Inc** | **Assyrian National Council of Illinois** |
| How long employed | **Since 1993** | **4-5 Years** |
| Address of Employer | **2101 W Irving Park Road**<br>**Chicago, IL 60618** | **2450 W Peterson Ave**<br>**Chicago, IL 60659** |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | **0.00** | $ | **1,692.17** |
| 2. Estimate monthly overtime | $ | **0.00** | $ | **0.00** |
| 3. SUBTOTAL | $ | **0.00** | $ | **1,692.17** |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
|     a. Payroll taxes and social security | $ | **0.00** | $ | **274.08** |
|     b. Insurance | $ | **0.00** | $ | **0.00** |
|     c. Union dues | $ | **0.00** | $ | **0.00** |
|     d. Other (Specify): | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **0.00** | $ | **274.08** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | **0.00** | $ | **1,418.09** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | **0.00** | $ | **0.00** |
| 8. Income from real property | $ | **0.00** | $ | **0.00** |
| 9. Interest and dividends | $ | **0.00** | $ | **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | **0.00** | $ | **0.00** |
| 11. Social security or government assistance | | | | |
| (Specify): | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 12. Pension or retirement income | $ | **0.00** | $ | **0.00** |
| 13. Other monthly income | | | | |
| (Specify):   **Rental Income (1735 W Lawrence, 1W)** | $ | **0.00** | $ | **1,200.00** |
|     **BEA, Inc (car payment)** | $ | **450.00** | $ | **0.00** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | **450.00** | $ | **1,200.00** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | **450.00** | $ | **2,618.09** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ | **3,068.09** | | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**Unit wife collects rent on at 1735 W Lawrence, Unit 1, is currently in foreclosure**

B6J (Official Form 6J) (12/07)

In re  **Anatoly Zarkhin**                                                Case No. _____
                                    Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,500.00 |
| a. Are real estate taxes included?  Yes ___  No **X** | | |
| b. Is property insurance included?  Yes ___  No **X** | | |
| 2. Utilities:  a. Electricity and heating fuel | $ | 300.00 |
| b. Water and sewer | $ | 0.00 |
| c. Telephone | $ | 0.00 |
| d. Other  **See Detailed Expense Attachment** | $ | 120.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 50.00 |
| 4. Food | $ | 400.00 |
| 5. Clothing | $ | 25.00 |
| 6. Laundry and dry cleaning | $ | 20.00 |
| 7. Medical and dental expenses | $ | 25.00 |
| 8. Transportation (not including car payments) | $ | 400.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 20.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 0.00 |
| b. Life | $ | 10.00 |
| c. Health | $ | 0.00 |
| d. Auto | $ | 70.00 |
| e. Other _____ | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) _____ | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 0.00 |
| b. Other  **Vehicle Payment** | $ | 550.00 |
| c. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other  **Vehicle Repairs** | $ | 100.00 |
| Other  **Eye Care (wife)** | $ | 50.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 3,640.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a.   Average monthly income from Line 15 of Schedule I | $ | 3,068.09 |
| b.   Average monthly expenses from Line 18 above | $ | 3,640.00 |
| c.   Monthly net income (a. minus b.) | $ | -571.91 |

**B6J (Official Form 6J) (12/07)**

In re    **Anatoly Zarkhin**                                                      Case No. _____

_____
Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Utility Expenditures:**

| | | |
|---|---|---|
| **Garbage** | $ | **20.00** |
| **Cable/Internet** | $ | **100.00** |
| **Total Other Utility Expenditures** | $ | **120.00** |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Anatoly Zarkhin**                                                  Case No. _____
                                    Debtor(s)           Chapter      **7**    _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

     I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __**39**__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **September 29, 2012**                    Signature    **/s/ Anatoly Zarkhin**
                                                             **Anatoly Zarkhin**
                                                             Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Anatoly Zarkhin**

Debtor(s)

Case No.

Chapter   **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$0.00** | **2012:** |
| **$0.00** | **2011:** |
| **$13,359.00** | **2010: Wages, salaries, tips, etc (Spouse)** |
| **$90.00** | **2010: Taxable interest** |
| **$-1,793,862.00** | **2010: Other gains or (losses)** |
| **$1,722,912.00** | **2010: Rental real estate, royalties, partnerships, S corporations, trusts, etc** |
| **$4,510.00** | **2010: Unemployment Compensation** |

### 2. Income other than from employment or operation of business

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|

### 3. Payments to creditors

None
■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4.  Suits and administrative proceedings, executions, garnishments and attachments

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Northbrook Band and Trust Company successor in interest to Ravenswood Bank v Anatoly Zarkhin; 09-L-008945** | **Contract Complaint** | **Circuit Court of Cook County** | **6/13/2012: Rule Discharged** |
| **JPMorgan Chase v Anatoly Zarkhin, et al; 2010-L-002286** | **Contract Complaint** | **Circuit Court of Cook County** | **01/31/2012: Citation to Discover Assets Issued** |
| **Marlin Leasing Corporation v Anatoly Zarkin, Builders Experts of America, Inc; July Term 2010** | | **Philadelphia County Court of Common Pleas** | |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Onewest Bank v Hermitage Condo Ass, Anatoly Zarkhin; 2009-CH-21867 | Foreclosure | Circuit Court of Cook County | 04/16/2012: Order for Possession - 1733 W. Lawrence Ave, #2E , Chicago, IL 60640 |
| First Commercial Bank v 7400 S Coles Inc, Anatoly Zarkhin; 2009-CH-25999 | Foreclosure | Circuit Court of Cook County | 11/12/2000: Order for Possession - 7400-08 S. Coles, 2631-2633 E. 74 th Street, Chicago IL 60649 |
| Ravenswood Bank v LPI Group, Anatoly Zarkhin; 2009-CH-26768 | Foreclosure | Circuit Court of Cook County | 07/03/2012: Motion Continued - 2101 W Irving Park Road, Chicago, IL 60618 |
| Ravenswood Bank v Lake Park Development, Anatoly Zarkhin, et al; 2009-CH-26759 | Foreclosure | Circuit Court of Cook County | 09/30/2011: Proof of Service Filed - 3729 S Lake Park, Chicago, IL 60653 |
| Ravenswood Bank v LPI Group, Anatoly Zarkhin, et al; 2009-CH-26702 | Foreclosure | Circuit Court of Cook County | 06/03/2010: Order for Possession - 2101 -11 W. Irving Park Rd, Chicago, IL 60618(3610, 3616-18 S. Lake Park Ave, Chicago, IL 60653 as collateral) |
| BAC Home Loans Servicing v Anatoly Zarkhin, Hermitage Condo Assoc, et al; 2009-CH-44989 | Foreclosure | Circuit Court of Cook County | 10/13/2010: Summons Served by Special Process Server - 1735 W. Lawrence #1W , Chicago, IL 60640 |
| Lincoln Park Savings Bank v Anatoly Zarkhin; 2010-CH-06348 | Vacant Land Foreclosure | Circuirt Court of Cook County | 12/06/2010: Order for Possession - 3600 S. Ellis, Chicago, IL 60653 |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Lincoln Park Savings Bank v 6557 South Minerva Inc, Anatoly Zarkhin, et al; 2010-CH-06347** | **Foreclosure (7 Units or More)** | **Circuit Court of Cook County** | **12/14/2011: Order for Possession - 6555-57 S Minerva, Chicago, IL 60637 (this property was owned by Igor Pesotsky only, not by Debtor)** |
| **M&I Marshall & Ilsley Bank v Arthur Newguard Inc, Anatoly Zarkhin, et al; 2010-CH-13961** | **Foreclosure (7 Units or More)** | **Cicuit Court of Cook County** | **11/16/2010: Voluntary Dismissal - 1412-18 W. Arthur, Chicago, IL 60626** |
| **Lincoln Park Savings Bank v Alex Construction Improv, Ellis Development, Anatoly Zarkhin, et al; 2010-CH-13960** | **Vacant Land Foreclosure** | **Circuit Court of Cook County** | **06/19/2012: Report of Sale and Distribution - vacant lots 4212 S Ellis, Chicago, IL 60653 (owned by Igor Pesotsky only)** |
| **Lincoln Park Savings Bank v Drywall Supply Illinois, Ellis Development Inc, Anatoly Zarkhin, et al; 2010-CH-13958** | **Foreclosure (7 Units or More)** | **Circuit Court of Cook County** | **06/01/2012: Order to Approve Receiver Report Allowed - 4234 S. Ellis, Chicago, IL 60653** |
| **Northbrook Bank v 3862 S Lake Park Inc, Anatoly Zarkhin, et al; 2010-CH-34040** | **Foreclosure** | **Circuit Court of Cook County** | **04/26/2011: Exhibits Filed - 3862 S Lake Park, Chicago, IL 60653** |
| **Northbrook Bank Trust Company v Amber Title Inc, Anatoly Zarkhin, et al; 2010-CH-36172** | **Foreclosure (7 Units or More)** | **Circuit Court of Cook County** | **10/12/2011: Order to Approve Receiver Report Allowed - 4063-71 S. Ellis, Chicago, IL 60653** |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Northbrook Bank Trust Company v 3862 S Lake Park Condo, Anatoly Zarkhin, et al; 2011-CH-32442** | **Foreclosure** | **Circuit Court of Cook County** | **07/05/2012: Motion Filed - 3862 S Lake Park, Chicago, IL 60653 (unit in foreclosure is not owned by Debtor)** |
| **Chase Bank v Anatoly Zarkhin; 2009-M1-206244** | **Contract Complaint** | **Circuit Court of Cook County** | **02/11/2010: Ex-Parte Judgment** |
| **Mark J Bereyso & Associates v Anatoly Zarkhin; 2009-M1-189197** | **Contract Complaint** | **Circuit Court of Cook County** | **02/07/2011: Memorandum of Judgment Filed** |
| **City of Chicago v 4624 S Greenwood, Anatoly Zarkhin, et al; 2009-M1-401718** | **Housing Complaint Filed** | **Circuit Court of Cook County** | **07/02/2009: Non-Suit** |
| **Equable Ascent Financial LLC v Anatoly Zarkhin; 2011-AR-00772** | **Contract Complaint** | **Circuit Court of Lake County** | **Judgment** |
| **Leigh Bodden v Anatoly Zharkhin; 2011-CV-01104** | **Civil Action** | **District Court for the Northern District of Illinois** | **Judgment** |
| **George Broquet v Anatoly Zarkhin, et al; 2012-CV-01590** | **Contract Complaint** | **District Court for the Northern District of Illinois** | **Judgment** |
| **American Express Bank v Anatoly Zarkhin; 2009-AR-2787** | **Contract Complaint** | **Circuit Court of Lake County** | **Judgment** |
| **Bank of Ravenswood/Bank United v Anatoly Zarkhin, et al; 2010-CH-00052 & 2009-CH-004085** | **Foreclosure** | **Circuit Court of Cook County** | **Pending - 1356 Woodland Lane, Riverwoods, IL 60015** |
| **Anatoly Zarkhin v Bruce Edward Hunter, and Leanndra Caprice Hill; 2010-M1-103748** | **Contract Complaint** | **Circuit Court of Cook County** | **03/31/2011 Strike from the call** |
| **Northbrook Bank Trust Company v Zarkin; 2010-CH-06349** | **Foreclosure** | **Circuit Court of Cook County** | **Final - 6750-58 S Clyde, Chicago, IL & 2050-52 East 68th Street, Chicago, IL** |

None
■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None
☐

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Bank United** <br> **Attn: Bankruptcy Department** <br> **7815 Nw 148th St.** <br> **Miami Lakes, FL 33016** | **2009** | **2004 Volvo 60** |
| **Indymac Bank** <br> **7700 W Parmer Ln** <br> **Bldg D 2nd Floor** <br> **Austin, TX 78729** | **04/06/2012** | **1733 W Lawrence, 2E, Chicago, IL 60640 (owned under debtor's name) (Foreclosed) 09CH021867** |
| **Ravenswood Bank** | **04/05/2012** | **2101-11 W Irving Park Road, Chicago, IL 60618 (owned by LPI Group) 09CH26768** |
| **Lincoln Park Savings Bank** <br> **c/o Cynthia Feeley** <br> **161 N Clark, #4700** <br> **Chicago, IL 60601** | **12/06/2010** | **3600 S Ellis Chicago, IL 60653 (vacant land) (Foreclosed) 10CH06348** |
| **First Commercial Bank** <br> **c/o Martin & Karcazees LTD** <br> **161 N Clark, Ste 550** <br> **Chicago, IL 60601** | **11/20/2010** | **7400-08 S. Coles, 2631-2633 E. 74 th Street, Chicago IL  60649(owned by 7400 S Coles Inc) (twenty one units; bank already foreclosed on nine) (sold half units in building the other half, approximatley nine, were foreclosed while 7400 S Coles Inc was owner) 09CH25999** |
| **Lincoln Park Savings Bank** <br> **1946 W Irving Park Road** <br> **Chicago, IL 60613** | **07/06/2011** | **6750-58 S. Clyde & 2050-52 East 68th Street, Chicago, IL 60649 (19 units) (50% sold, 50% foreclosed by bank) 10CH06349** |
| **Lincoln Park Savings Bank** <br> **c/o Cynthia Feeley** <br> **161 N Clark, #4700** <br> **Chicago, IL 60601** | **08/20/2010** | **4063 S Ellis, Chicago, IL 60653 (owned by Amber Title Inc) (partially constructed townhouse and vacant land) 10CH36172** |
| **Lincoln Park Savings Bank** <br> **c/o Cynthia Feeley** <br> **161 N Clark, #4700** <br> **Chicago, IL 60601** | **04/25/2011** | **3862 S Lake Park, Chicago, IL 60653 (owned by 3862 S Lake Park, Inc) (land, eight units, new construction) (seven units sold; last unit in foreclosure) 10CH34040** |
| **Ravenswood Bank** <br> **c/o Crowley & Lamb PC** <br> **221 N LaSalle, #1550** <br> **Chicago, IL 60601** | **08/18/2011** | **3729 S Lake Park, Chicago, IL 60653 (owned by Lake Park Development Inc) (vacant tear down building; no one lives there) (Foreclosure) 09CH26759** |

**6. Assignments and receiverships**

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Ronald P. Strojny**<br>**5839 W. 35th Street**<br>**Cicero, IL 60804** | **2012** | **$1,200 to attorney fees; $306 to filing fee; $80 to credit counseling; $30 to credit report** |

**10. Other transfers**

None
☐

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Belgravia Group** | **Fall 2010** | **1412-18 W Arthur, Chicago, IL 60626 (Short Sale); $0.00 to debtor** |
| **None** | | |
| **Indymac Bank**<br>**7700 W Parmer Ln**<br>**Bldg D 2nd Floor**<br>**Austin, TX 78729** | **04/06/2012** | **1733 W Lawrence, 2E, Chicago, IL 60640 (owned under debtor's name) (Foreclosed) 09CH021867** |
| **None** | | |

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Ravenswood Bank** <br> **c/o Crowley & Lamb PC** <br> **221 N LaSalle, #1550** <br> **Chicago, IL 60601** <br> **None** | **04/05/2012** | **2101 W Irving Park Road, Chicago, IL 60618 (owned by LPI Group) Sheriff's sale 09CH26768** |
| **LPI Group** <br> **2101 W Irving Park Road** <br> **Chicago, IL 60618** <br> **Debtor's Corporation** | **Approximatley 5 Years Ago** | **3610, 3616-18 S Lake Park, Chicago, IL 60653 (vacant land all joined together) (Foreclosure started in 2009) (Quit claim from debtor to LPI Group five years ago) 09CH26702** |
| **Lincoln Park Savings Bank** <br> **1946 W Irving Park Road** <br> **Chicago, IL 60613** <br> **None** | **12/06/2010** | **3600 S Ellis Chicago, IL 60653 (vacant land) (Foreclosed) 10CH06348** |
| **First Commercial Bank** <br> **c/o Martin & Karcazees LTD** <br> **161 N Clark, Ste 550** <br> **Chicago, IL 60601** <br> **None** | **11/20/2010** | **7400-08 S. Coles, 2631-2633 E. 74 th Street, Chicago IL  60649 (owned by 7400 S Coles Inc) (twenty one units; bank already foreclosed on nine) (sold half units in building the other half, approximatley nine, were foreclosed while 7400 S Coles Inc was owner) 09CH25999** |
| **Lincoln Park Savings Bank** <br> **1946 W Irving Park Road** <br> **Chicago, IL 60613** <br> **None** | **07/06/2011** | **6750-58 S. Clyde & 2050-52 East 68th Street, Chicago, IL 60649 (19 units) (50% sold, 50% foreclosed by bank 10CH06349) Sheriff sale units sold 07/06/2011** |
| **Lincoln Park Savings Bank** <br> **c/o Cynthia Feeley** <br> **161 N Clark, #4700** <br> **Chicago, IL 60601** <br> **None** | **08/20/2010** | **4063 S Ellis, Chicago, IL 60653 (owned by Amber Title Inc) (partially constructed townhouse and vacant land) Sheriff Sale 10CH36172** |
| **Lincoln Park Savings Bank** <br> **c/o Cynthia Feeley** <br> **161 N Clark, #4700** <br> **Chicago, IL 60601** <br> **None** | **04/25/2011** | **3862 S Lake Park, Chicago, IL 60653 (owned by 3862 S Lake Park, Inc) (land, eight units, new construction) (seven units sold; last unit in foreclosure) Sheriff Sale 10CH34040** |
| **Ravenswood Bank** <br> **c/o Crowley & Lamb PC** <br> **221 N LaSalle, #1550** <br> **Chicago, IL 60601** <br> **None** | **08/18/2011** | **3729 S Lake Park, Chicago, IL 60653 (owned by Lake Park Development Inc) (vacant tear down building; no one lives there) (Foreclosure) Sheriff Sale 09CH26759** |

None
■   b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **LPSB/Northbrook Bank** | **Savings account #5418 in the name of Arthur Newguard, Inc** | **$0.00; September 2011** |
| **LPSB/Northbrook Bank** | **Savings account #2316 in the name of Debtor and 3600 S Ellis, Inc** | **$0.00; September 2011** |
| **Devon Bank** | **Checking account #5106 in name of Debtor** | **$0.00; January 2011** |
| **Chase Bank** | **Chase Bank checking account #6870 in the name of 6750 S Clyde, Inc** | **$35.19; June 2012** |
| **Chase Bank** | **Chase Bank checking account #3331 in the name of Builders Showroom, Inc** | **$46,57; February 2011** |
| **Ravenswood Bank** | **Checking account #5857 in the name of LPI Group, LLC** | **$0.00; June 2012** |
| **Chase Bank** | **Checking account #1676 in the name of 3862 S Lake Park, Inc** | **11/2010; Final Balance: $248.15** |
| **Chase Bank** | **Checking account #8829 in the name of Amber Title, Inc** | **09/2009; Final Balance: $0.00** |
| **Chase Bank** | **Checking account #4857 in the name of Ellis Development, Inc** | **04/2009; Final Balance $0.00** |
| **LPSB** | **Checking account #1348 in the name of Lake Park Development Inc** | **08/2009; Final Balance $17.44** |
| **LPSB** | **Checking account #6608 in the name of 3862 S Lake Park, Inc** | **09/2010; Final Balance $1,239.55** |
| **LPSB** | **Checking account #5806 in the name of Amber Title, Inc** | **11/2008; Final Balance $0.00** |

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

10

---

**14.  Property held for another person**

None
☐    List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

---

**15.  Prior address of debtor**

None
☐    If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

---

**16. Spouses and Former Spouses**

None
☐    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
☐    a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
☐    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
☐    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

---

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **7400 S Coles Inc** | **20-1998551** | **2101 W Irving Park Road Chicago, IL 60618** | **100% Owner - real estate development - (DBA) AZ Builders, & (DBA) A&A Design Studio; AZ Builders will be constructions (this is business debtor hopes to start up and the name was registered with the Secretary of State under 7400 S Coles, Inc in August 2012), the office for AZ Builders will be rented at 395 Dundee Road, Ste 500, Wheeling, IL 60060; A&A Design Studio will be removed shortly** | **2004 to present** |
| **Builders Experts of America, Inc** | **36-3941074** | **2101 W Irving Park Road Chicago, IL 60618** | **50% Owner - construction** | **1994 to present** |
| **Ellis Development, Inc** | **20-5376655** | **2101 W Irving Park Road Chicago, IL 60618** | **50% Owner - real estate development; owns 4234 S Ellis, Chicago, IL** | **2006 to present** |
| **Lake Park Development Inc** | **36-4458902** | **2101 W Irving Park Road Chicago, IL 60618** | **50% Owner - real estate development; owned 3729 S Lake Park, Chicago, IL** | **2002 to Involuntary Dissolution 12/09/2011** |
| **6750 S Clyde Inc** | **51-0515699** | **2101 W Irving Park Road Chicago, IL 60618** | **50% Owner - real estate development; (50/50 ownership with Yuri Tysyachnik)** | **2004 to present** |
| **LPI Group LLC** | **11-3759397** | **2101 W Irving Park Road Chicago, IL 60618** | **66.67% Owner - (DBA) Builders Center of Chicago - real estate development; owned 2101-11 W Irving Park Road, Chicago, IL 60618; owns 3610, 3616-18 S Lake Park** | **2005 to present** |

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Builders Showroom Inc | 20-2823770 | 2101 W Irving Park Road Chicago, IL 60618 | 50% Owner - retail | 2005 to 2011 |
| 3862 S Lake Park, Inc | 20-4580000 | 2101 W Irving Park Road Chicago, IL 60618 | 100% Owner - real estate development; owned 3862 S Lake Park, Chicago, IL | 2006 to 08/10/2012 (dissolved) |
| Amber Title, Inc | 61-1542439 | 2101 W Irving Park Road Chicago, IL 60618 | 100% Owner - real estate development; corporation owned 4063 S Ellis, Chicago, IL (partially constructed townhouse and vacant land) Sheriff Sale 08/20/2010, 10CH36172 | 2007 to 2011 |
| Coles Condominium Association | 26-3316348 | 2101 W Irving Park Road Chicago, IL 60618 | Condominium homeowners association | 2008 to present |
| Sunrise Buyers Club | 27-2274727 | 2101 W Irving Park Road Chicago, IL 60618 | Club; Food Purchasing Collective | 2010 to present |
| Arthur Newgard Inc | 20-3842650 | 2101 W Irving Park Road Chicago, IL 60618 | 100% Owner - real estate development; owned 1412-18 W Arthur, Chicago, IL 60626 | 2005 to Involuntary Dissolution 04/13/2012 |
| Caspian Properties Inc | 36-4292263 | 2101 W Irving Park Road Chicago, IL 60618 | 50% Owner - real estate development; (50/50 ownership with Igor Pesotsky) | 1999 to 04/30/2008 |
| Enfield Construction | 75-2972815 | 2101 W Irving Park Road Chicago, IL 60618 | 50% Owner - Construction Subcontractor | 2002 to Involuntary Dissolution 06/11/2010 |
| 1432-36 N Cleveland LLC | 32-0070904 | 1630 West Montrose Ave Chicago, IL 60613 | real estate | 2003 to 2006 |

None    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                    ADDRESS

   The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

   *(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                        DATES SERVICES RENDERED

13

None ■  b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|---------|-------------------------|

None ■  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|

None ■  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------------------|-------------|

**20. Inventories**

None ■  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|-------------------|----------------------|------------------------------------------------------------------|

None ■  b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|-------------------|-------------------------------------------------------|

**21 . Current Partners, Officers, Directors and Shareholders**

None ■  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|------------------|--------------------|-------------------------|

None ■  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|------------------|-------|-------------------------------------------|

**22 . Former partners, officers, directors and shareholders**

None ■  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|--------------------|

None ■  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|------------------|-------|---------------------|

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS<br>OF RECIPIENT,<br>RELATIONSHIP TO DEBTOR | DATE AND PURPOSE<br>OF WITHDRAWAL | AMOUNT OF MONEY<br>OR DESCRIPTION AND<br>VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  __September 29, 2012__          Signature  __/s/ Anatoly Zarkhin__

**Anatoly Zarkhin**
Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Anatoly Zarkhin** _____   Case No. _____
                              Debtor(s)              Chapter   **7** _____

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**Alex Bekkerman & Igor Nemov** | **Describe Property Securing Debt:**<br>**1356 Woodland Lane, Riverwoods, IL 60015 (Debtor's Primary Residence) (Joint on title and mortgages with Tamara Zarkhin) (Zillow) (Foreclosure) SURRENDER 09CH4085/10CH00052** |

Property will be (check one):
  ■ Surrendered        ☐ Retained

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ☐ Reaffirm the debt
  ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  ■ Claimed as Exempt        ☐ Not claimed as exempt

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>**American Honda Finance** | **Describe Property Securing Debt:**<br>**2008 Honda Odyssey with approximatley 83,000 miles in fair condition (American Honda Finance) (NADA)** |

Property will be (check one):
  ☐ Surrendered        ■ Retained

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ■ Reaffirm the debt
  ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  ■ Claimed as Exempt        ☐ Not claimed as exempt

B8 (Form 8) (12/08)

| Property No. 3 | |
| --- | --- |
| **Creditor's Name:**<br>**Bank of America** | **Describe Property Securing Debt:**<br>**1735 W Lawrence, 1W, Chicago, IL 60640 (Debtor is joint on title with non-filing spouse) (Foreclosure) 09CH44989** |

Property will be (check one):

■ Surrendered          ☐ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ☐ Claimed as Exempt          ■ Not claimed as exempt

| Property No. 4 | |
| --- | --- |
| **Creditor's Name:**<br>**Bank United** | **Describe Property Securing Debt:**<br>**1356 Woodland Lane, Riverwoods, IL 60015 (Debtor's Primary Residence) (Joint on title and mortgages with Tamara Zarkhin) (Zillow) (Foreclosure) SURRENDER 09CH4085/10CH00052** |

Property will be (check one):

■ Surrendered          ☐ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ■ Claimed as Exempt          ☐ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                                      Page 3

| Property No. 5 | |
|---|---|
| **Creditor's Name:**<br>**Ravenswood Bank** | **Describe Property Securing Debt:**<br>**3610, 3616-18 S Lake Park, Chicago, IL 60653 (vacant land all joined together) (Debtor owns this property through his 66.67% ownership interest in LPI Group Inc (DBA) Builders Center of Chicago); property is currently in foreclosure 09CH267** |

Property will be (check one):
☑ Surrendered                               ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                         ☑ Not claimed as exempt

| Property No. 6 | |
|---|---|
| **Creditor's Name:**<br>**Real Time Resolutions** | **Describe Property Securing Debt:**<br>**1356 Woodland Lane, Riverwoods, IL 60015 (Debtor's Primary Residence) (Joint on title and mortgages with Tamara Zarkhin) (Zillow) (Foreclosure) SURRENDER 09CH4085/10CH00052** |

Property will be (check one):
☑ Surrendered                               ☐ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☑ Claimed as Exempt                         ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES          ☐ NO |

B8 (Form 8) (12/08)                                                                                        Page 4

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  **September 29, 2012**                          Signature  **/s/ Anatoly Zarkhin**
                                                                  **Anatoly Zarkhin**
                                                                  Debtor

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Anatoly Zarkhin** _____   Case No. _____

_____ Debtor(s)    Chapter   **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **1,200.00** |
| Prior to the filing of this statement I have received | $ | **1,200.00** |
| Balance Due | $ | **0.00** |

2.  $ **306.00**  of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor      ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor      ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **September 29, 2012** _____        **/s/ Ronald P Strojny** _____
**Ronald P Strojny**
**Ronald P. Strojny**
**5839 W. 35th Street**
**Cicero, IL 60804**
**708-652-2800  Fax: 708-652-2840**
**rpstrojny@yahoo.com**

*05/24/12*

## Fee Agreement Pursuant to 11 U.S.C. §528(1)

Fee for Chapter 7 Bankruptcy: $ 1,200⁰⁰ plus filing fees, and costs (see attached invoice).

In return for the above-disclosed fee, I have agreed to render legal services for the following aspects of the bankruptcy case, including:

a.)    Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.)    Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;

c.)    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof.

Other provisions included in fee:
Preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of redemption agreements and applications as needed; negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.

By agreement, fee does not include:
Representation of the debtor in adversary proceedings and other contested bankruptcy matters; representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.

_____

Ronald P. Strojny, Attorney at Law

ATTorney      $1,200.00
Costs            416.00
_____
                 $1616.00

COSTS
$306.00  filing fee
$ 40.00  1st class
$ 40.00  2nd class
$ 30.00  credit report
_____
$416.00

B 201A (Form 201A) (11/11)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $46 administrative fee, $15 trustee surcharge: Total Fee $306)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $46 administrative fee: Total fee $281)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over

a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $46 administrative fee: Total fee $1046)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $46 administrative fee: Total fee $246)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Anatoly Zarkhin** _____   Case No. _____
                                    Debtor(s)        Chapter   **7**   _____

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

| | | |
|---|---|---|
| **Anatoly Zarkhin** | X **/s/ Anatoly Zarkhin** | **September 29, 2012** |
| Printed Name(s) of Debtor(s) | Signature of Debtor | Date |
| | | |
| Case No. (if known)  _____ | X _____ | |
| | Signature of Joint Debtor (if any) | Date |

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

Software Copyright (c) 1996-2012 CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Anatoly Zarkhin** _____  Case No. _____

_____  Chapter  **7** _____
Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **202**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  **September 29, 2012** _____  **/s/ Anatoly Zarkhin** _____

**Anatoly Zarkhin**
Signature of Debtor

Access Lighting Company
c/o Euler Hermes UMA
600 South 7th Street
Louisville, KY 40201

Accounts Receivable Technologies
One Woodbridge Center, Ste 410
Woodbridge, NJ 07095-1304

Adam Fridman
1116 Pfingsten Road
Northbrook, IL 60062

Alarm Detection Systems Inc
1111 Church Road
Aurora, IL 60505

Aleksandr Bekkerman
634 Dunsten Circle
Northbrook, IL 60062

Alex Bekkerman & Igor Nemov
3100 Dundee Road, Ste 207
Northbrook, IL 60062

Allan Scott Fagan
Lustingson & Fagan
200 N Milwaukee Ave, #221
Libertyville, IL 60048

American Coradius International LLC
2420 Sweet Home Rd, Ste 150
Amherst, NY 14228

American Express
PO Box 981540
El Paso, TX 79998

American Express
200 Vesey Street, 44th Floor
New York, NY 10285

American Express Executive
PO Box 981535
El Paso, TX 79998

American Honda Finance
Po Box 168088
Irving, TX 75016

American Recovery Service Inc
555 St Charles Dr, Ste 100
Thousand Oaks, CA 91360

American Savings, FSB
c/o Marty J Schwartz
70 W Madison, Ste 4500
Chicago, IL 60602

Asset Acceptance Llc
Attention: Bankruptcy
Po Box 2036
Warren, MI 48090

Asset Acceptance LLC
POB 2036
Warren, MI 48090

Asset Acceptance LLC
PO Box 9063
Brandon, FL 33509-9063

Asset Acceptance LLC
PO Box 2036
Warren, MI 48090

BAC Home Loans Serv LP
450 American St Sv
Simi Valley, CA 93065

Bank of America
POB 1597
Norfolk, VA 23501

Bank of America
PO Box 961291
Fort Worth, TX 76161

Bank United
Attn: Bankruptcy Department
7815 Nw 148th St.
Miami Lakes, FL 33016


Bank United
PO Box 028569
Miami, FL 33102


Barris, Scott, Denn & Driker
211 W Fort Street
15th Floor
Detroit, MI 48226


Bekkerman and Nemov
55 W Monroe St, Ste 3950
Chicago, IL 60608


Bk Of Amer
Po Box 982238
El Paso, TX 79998


Blatt Hasenmiller Leibsker & Moore
125 S Wacker Dr
Suite 400
Chicago, IL 60606


Brendan R Appel
400 Skokie Blvd, Ste 380
Northbrook, IL 60062


Capital Management Services
726 Exchange Street
Suite 700
Buffalo, NY 14210


Cardmember Services
PO Box 15548
Wilmington, DE 19886


Cardmember Services
PO Box 15821
Wilmington, DE 19850

CBeyond Communications Inc
320 Interstate North Parkway
Ste 300
Atlanta, GA 30339


Chase
Po Box 15298
Wilmington, DE 19850


Chase
Cardmember Services
POB 15153
Wilmington, DE 19886-5153


Chase
Attn: Bankruptcy Dept
PO Box 100018
Kennesaw, GA 30156


Chase
Attn: Legal Dept
131 S Dearborn St
Chicago, IL 60603


Chase
Cardmember Services
PO Box 15548
Wilmington, DE 19886


Chase
Cardmember Services
PO Box 15153
Wilmington, DE 19886-5153


Chase Bank
c/o Michael D Fine
131 S Dearborn
Chicago, IL 60603


Chase Bank
340 S Cleveland Ave, Bldg 370
Westerville, OH 43081

```
Chase Manhattan
Attn:  Bankruptcy Research Dept
3415 Vision Dr., Mail Code Oh4-7302
Columbus, OH 43219


Citi
PO Box 653097
Dallas, TX 75265


Clerk of Circuit Court, Lake County
ATTN: Docket # 2009-AR-2787
18 N County St
Waukegan, IL 60085


Clerk of the Court of Lake County
Docket #: 2010-CH-00052
18 North Country Street
Waukegan, IL 60085


Clerk of the Court of Lake County
Docket #: 2011-AR-00772
18 North Country Street
Waukegan, IL 60085


Clerk, Chancery
Doc # 2009-CH-26768
50 W Washington St., Room 802
Chicago, IL 60602


Clerk, Chancery
Doc # 2009-CH-21867
50 W Washington St., Room 802
Chicago, IL 60602


Clerk, Chancery
Doc # 2009-CH-25999
50 W Washington St., Room 802
Chicago, IL 60602


Clerk, Chancery
Doc # 2009-CH-26759
50 W Washington St., Room 802
Chicago, IL 60602
```

```
Clerk, Chancery
Doc # 2009-CH-26702
50 W Washington St., Room 802
Chicago, IL 60602


Clerk, Chancery
Doc # 2009-CH-44989
50 W Washington St., Room 802
Chicago, IL 60602


Clerk, Chancery
Doc # 2010-CH-06348
50 W Washington St., Room 802
Chicago, IL 60602


Clerk, Chancery
Doc # 2010-CH-06347
50 W Washington St., Room 802
Chicago, IL 60602


Clerk, Chancery
Doc # 2010-CH-13961
50 W Washington St., Room 802
Chicago, IL 60602


Clerk, Chancery
Doc # 2010-CH-13960
50 W Washington St., Room 802
Chicago, IL 60602


Clerk, Chancery
Doc # 2010-CH-13958
50 W Washington St., Room 802
Chicago, IL 60602


Clerk, Chancery
Doc # 2010-CH-34040
50 W Washington St., Room 802
Chicago, IL 60602


Clerk, Chancery
Doc # 2010-CH-36172
50 W Washington St., Room 802
Chicago, IL 60602
```

Clerk, Chancery
Doc # 2011-CH-32442
50 W Washington St., Room 802
Chicago, IL 60602


Clerk, Chancery
Doc # 2010-CH-013958
50 W Washington St., Room 802
Chicago, IL 60602


Clerk, Fifth Municipal Division
Doc # 2009-M1-206244
10220 S 76th Ave #121
Bridgeview, IL 60455


Clerk, First Municipal Division
Doc # 2009-M1-189197
50 W Washington St., Room 1001
Chicago, IL 60602


Clerk, First Municipal Division
Doc # 2009-M1-206244
50 W Washington St., Room 1001
Chicago, IL 60602


Clerk, First Municipal Division
Doc # 2010-L-002286
50 W Washington St., Room 1001
Chicago, IL 60602


Clerk, Law Division
Doc # 2010-L-002286
50 W Washington St
Chicago, IL 60602


Clerk, Law Division
Doc # 2009-L-008945
50 W Washington St.
Chicago, IL 60602


Codilis & Associates
15W030 N Frontage Road
Burr Ridge, IL 60527

Coles Condominium Association
7400 S Coles
Chicago, IL

Collectcorp
455 North 3rd Street, Suite 260
Phoenix, AZ 85004

Countrywide Home Lending
450 American St
Simi Valley, CA 93065

Credit Control LLC
245 East Roselawn, Suite 25
Saint Paul, MN 55117

Crowley & Lamb PC
221 N LaSalle, #1550
Chicago, IL 60601

Crowley & Lamb, PC
221 N LaSalle St, Ste 1550
Chicago, IL 60610

Crown Asset Management
c/o Sage Capital Recovery
1040 Kings Hwy N
Cherry Hill, NJ 08034

Cynthia Thys
4241 N Newcastle Ave
Harwood Heights, IL 60706

David Freydin Law
579 W North Ave, 203
Elmhurst, IL 60126

David Freydin Law Offices
4433 W Touhy, Ste 405
Lincolnwood, IL 60712

Dell Business Credit
PO Box 81577
Austin, TX 78708

Discover Fin
Attention:  Bankruptcy Department
Po Box 3025
New Albany, OH 43054


Douglas R Johnson PC Law
321 N Clark St, 5th Floor
Chicago, IL 60654


Draper & Kramer Inc
33 W Monroe
Chicago, IL 60603


Drywall Supply Illinois Inc
14325 42nd Street, NE
Saint Michael, MN 55376


Elan
PO Box 790084
Saint Louis, MO 63179


EMedia Communications Inc
c/o HSW Financial Recovery LLC
811 Dallas St, Ste 800
Houston, TX 77002


Encore Receivables Management, Inc
Attn: Bankruptcy Dept
400 N Rogers Rd, PO BOX 3330
Olathe, KS 66063


Enhanced Recovery Company LLC
8014 Bayberry Road
Jacksonville, FL 32256


Equitable Ascent Financial LLC
c/o Credit Control LLC
245 E Roselawn Ave, Ste 25-26
Maplewood, MN 55117


Esquire Firm LLC
c/o RPS Worldwide Inc
3700 34th St, Ste 130
Orlando, FL 32805

Esquire Firm LLC
617 S Walter Reed Drive
Ste 512B
Arlington, VA 22204


Financial Recovery Service
PO Box 385908
Minneapolis, MN 55438


First Commercial Bank
c/o Martin & Karcazees LTD
161 N Clark, Ste 550
Chicago, IL 60601


Firstsource Advantage LLC
205 Bryant Woods South
Amherst, NY 14228


Fisher & Shapiro LLC
2121 Waukegan
#301
Bannockburn, IL 60015


FMA Alliance LTD
12339 Cutten Road
Houston, TX 77066


FMS
PO Box 707600
Tulsa, OK 74170-7600


Fulton Friedman & Gullace LLP
PO Box 2123
Warren, MI 48090


GC Services
6330 Gulfton
Houston, TX 77081


GE Capital Retail Bank
PO Box 965022
Orlando, FL 32896

GE Money Bank
PO Box 981127
El Paso, TX 79998


Genesis Clinical Laboratory
1590 Paysphere Circle
Chicago, IL 60674


George Broquet
c/o Zahnoen & Zaknoen LLC
161 N Clark Street, Ste 4700
Chicago, IL 60601


George Broquet
7692 Ritz Ave
Westland, MI 48185


George D Pelose, Attorney
300 Fellowship Road
Mount Laurel, NJ 08054


Glelsi/keycorp Student
2401 International
Madison, WI 53704


Grand Appliance
1300 West North Ave
Chicago, IL 60622


Grand Appliance
3300 18th St
Zion, IL 60099


Gurstel Chargo Attorneys at Law
6681 Country Club Drive
Golden Valley, MN 55427


Hilco Receivables/Equable Ascent Financi
Attn: Bankruptcy
1120 Lake Cook Road Suite B
Buffalo Grove, IL 60089


Home Depot Credit Services
PO Box 182676
Columbus, OH 43218

HSW Financial Recovery LLC
811 Dallas Street, Ste 800
Houston, TX 77002


IC Systems Inc
444 Highway 96 East
PO Box 64887
Saint Paul, MN 55164


Igor Nemov
4341 Exeter Lane
Northbrook, IL 60062


Igor Pesotsky
2101 W Irving Park Road
Chicago, IL 60062


Igor Pesotsky
4328 W Enfield Ave
Skokie, IL 60076


Igor Pesotskzy
4328 W Enfield Ave
Skokie, IL 60076


Indymac Bank/Onewest bank
Attn:Bankruptcy
2900 Esperanza Crossing
Austin, TX 78758


Indymac Mortgage Services
6900 Beatrice Drive
Kalamazoo, MI 49009


James A West PC
6380 Rogerdale Road, Ste 130
Houston, TX 77072


Jeffrey B Dovitz
Crowley & Lamb PC
221 North LaSalle Street, Ste 1550
Chicago, IL 60601

JPMorgan Chase
PO Box 260164
LA2-2808
Baton Rouge, LA 70826


JPMorgan Chase Bank
Portfolio Management Center
201 North Central Ave, Floor 17
Phoenix, AZ 85004


Julia D Ferguson
1018 Darrow Ave
Evanston, IL 60202


Key Education Resource
P.o. Box 7860
Madison, WI 53707


Key Equipment Finance
c/o STA Internatioanl
1400 Old Country Rd, Ste 411
Westbury, NY 11590


King Holloway LLC
101 N Wacker Dr, Ste 2010
Chicago, IL 60606


Law Offices of David Freydin Ltd
4433 W Touhy Ave, Ste 405
Lincolnwood, IL 60712


Leading Edge Recovery
Attn: Bankruptcy Dept
5440 N Cumberland Ave, Ste 300
Chicago, IL 60656


Leigh Bodden
c/o Julia D Ferguson
1018 Darrow Ave
Evanston, IL 60202


Lincoln Park Savings Bank
c/o Cynthia Feeley
161 N Clark, #4700
Chicago, IL 60601

Lincoln Park Savings Bank
1946 W Irving Park Road
Chicago, IL 60613


Linda Williams
2056 W Garfield Blvd
Chicago, IL 60609


M&I Marshall & Ilsley Bank
c/o Cynthia Feeley
161 N Clark, #4700
Chicago, IL 60601


Mark J Bereyso
10 S LaSalle, #3300
Chicago, IL 60603


Marlin Leasing Corporation
300 Fellowship Road
Mount Laurel, NJ 08054


Martin & Karcazes
161 N Clark St 550
Chicago, IL 60601


Marty J Schwartz
70 W Madison, Ste 4500
Chicago, IL 60602


Medical Recovery Specialists Inc
2250 E Devon Ave
Suite 352
Des Plaines, IL 60018


Medical Recovery Specialists LLC
2250 E Devon Ave, Ste 352
Des Plaines, IL 60018-4521


Michael D Fine
131 S Dearborn
Chicago, IL 60603


MRS Associates Inc
1930 Olney Ave
Cherry Hill, NJ 08003

National Enterprise Systems
29125 Solon Road
Solon, OH 44139


Nationwide Credit
2015 Vaughn Rd
Kennesaw, GA 30144


Nationwide Credit Inc
2015 Vaughn Rd NW
Ste 400
Kennesaw, GA 30144-7802


Nationwide Credit Inc
PO Box 26314
Lehigh Valley, PA 18002


Nationwide Marketing Group
800 Walnut St
Des Moines, IA 50309


NCO Financial Systems Inc
507 Prudential Road
Horsham, PA 19044


Northbrook Bank
c/o Cynthia Feeley
161 N Clark, #4700
Chicago, IL 60601


Northbrook Bank & Trust Company
c/o Cynthia Feeley
161 N Clark, #4700
Chicago, IL 60601


Northbrook Bank & Trust Company
c/o Walinski & Associates PC
221 N LaSalle, #1000
Chicago, IL 60601


Northern Leasing Syste
132 W 31st St Fl 14
New York, NY 10001

Northern Leasing System Inc
PO Box 7861
New York, NY 10116


Northshore University Health System
23056 Network Place
Chicago, IL 60673


Northshore University Health System
PO Box 1006
Skokie, IL 60076


Northshore University Health System
9609 Eagle Way
Chicago, IL 60678


Northshore University Health Systm
9532 Eagle Way
Chicago, IL 60678


Northshore University Health Systm
9851 Eagle Way
Chicago, IL 60678


One West Bank
PO Box 4045
Kalamazoo, MI 49003


Onewest Bank
c/o Codilis & Associates
15W030 N Frontage Road
Willowbrook, IL 60527


Phiilips & Cohen Associates LTD
1002 Justison Street
Wilmington, DE 19801-5148


Pierce & Associates
1 North Dearborn
Thirteenth Floor
Chicago, IL 60602


Pinnacle Credit Service
Po Box 640
Hopkins, MN 55343

Pinnacle Management Services
514 Market Loop, Ste 103
West Dundee, IL 60118

Plaza Associates
370 Seventh Ave
New York, NY 10001-3900

Plaza Associates
PO Box 18008
Hauppauge, NY 11788

Ravenswood Bank
c/o Jeffrey B Dovitz, Crowley & Lam
221 North Lasalle Street, Ste 1550
Chicago, IL 60601

Ravenswood Bank
c/o Crowley & Lamb PC
221 N LaSalle, #1550
Chicago, IL 60601

Ravenswood Bank
c/o Ruff Weidenaar & Reidy LTD
222 N LaSalle, #700
Chicago, IL 60601

Ravenswood Bank
2300 West Lawrence Ave
Chicago, IL 60625

Ravinia Associates in Internal Meds
1777 Green Bay Rd, Ste 201
Highland Park, IL 60035

Real Time Resolutions
450 American St
Simi Valley, CA 93065

Real Time Resolutions
1750 Regal Row, Ste 120
Dallas, TX 75235

Redline Recovery Services LLC
5959 Corporate Drive, Ste 1400
Houston, TX 77036


Rnb-fields3/Macy's
Macy's Bankruptcy Department
Po Box 8053
Mason, OH 45040


Robert B Rossa
7880 Wicker Ave
Saint John, IN 46373


RPS Worldwide Inc
3700 34th St, Ste 130
Orlando, FL 32805


Ruff Weidenaar & Reidy LTD
222 North LaSalle St, Ste 700
Chicago, IL 60601


Ruff Weidenaar & Reidy LTD
222 N LaSalle #700
Chicago, IL 60601


Sage Capital Recovery
1040 Kings Hwy N
Cherry Hill, NJ 08034


Sentry Credit Inc
2809 Grand Ave
Everett, WA 98201


Shirley J Roper
4830 S Cornell Ave
Chicago, IL 60615


Stellar Recovery Inc
1845 Highway 93 South, Ste 310
Kalispell, MT 59901


Stephen Heller
2821 W Estes
Chicago, IL 60645

Stephen J Heller
2821 West Estes
Chicago, IL 60645


Svetlana Grichina
867 Alfini Dr
Des Plaines, IL 60016


Tamara Zarkhin
1356 Woodland Lane
Riverwoods, IL 60015


Thomas M Paris
55 W Monroe, #3950
Chicago, IL 60603


United Recovery Systems LP
PO Box 722929
Houston, TX 77272-2929


US Bank
POB 790408
Saint Louis, MO 63179-0408


US Bank
Attn: Bankruptcy
PO Box 5229
Cincinnati, OH 45201


Us Bk Rms Cc
101 5th St E Ste A
Saint Paul, MN 55101


Veronica Thompson
1476 S Prairie Ave, Unit F
Chicago, IL 60605


Viking Collection Service Inc
PO Box 59207
Minneapolis, MN 55459


Vladimir Rubinshtein
8916 National Ave
Morton Grove, IL 60053

Wells Fargo Financial Bank
PO Box 660431
Dallas, TX 75266


Wffnatbank
Cscl Dispute Tm-mac N8235-04m
Des Moines, IA 50306


XO Communications
9201 N Central Expressway
Dallas, TX 75231


Yevgeny Zarkhin
2412 Dawson Court
Deerfield, IL 60015


Yevgeny Zarkhin
2412 Dawson Court
Riverwoods, IL 60015


Yuriy Tysychnik
1415 Plymouth Lane
Glenview, IL 60025


Zaknoen & Zaknoen
161 N Clark Street, Ste 4700
Chicago, IL 60601


Zwicker & Associates
80 Minuteman Road
Andover, MA 01810


Zwicker & Associates PC
Attorneys at Law
7366 N Lincoln Ave., Ste 404
Lincolnwood, IL 60712